**DECOTIIS, FITZPATRICK, COLE & GIBLIN LLP**
Vincent M. Giblin, Esq. - (#021011995)
Glenpointe Centre West
500 Frank W. Burr Blvd., Suite 31
Teaneck, New Jersey 07666
Tel.: (201) 928-1100
*Attorneys for Petitioners, Trustees of the International Union of Operating Engineers Local 825 Employee Benefit Funds*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TRUSTEES OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 825 EMPLOYEE BENEFIT FUNDS, <br><br> Petitioners, <br><br> vs. <br><br> GETTY CONTRACTING, LLC, <br><br> Respondent. | Civil Action No.: <br> 17-1677    ( CCC )(     ) <br><br><br> **ORDER CONFIRMING ARBITRATION AWARDS AND ENTRY OF JUDGMENT** |

**THIS MATTER** having come before the Court by DeCotiis, Fitzpatrick, Cole & Giblin, LLP, (Vincent M. Giblin, Esq., appearing), attorneys for Petitioners, by way of a Motion to Confirm the Arbitration Award(s) and Entry of Judgment; this Court having fully considered the matter; and for good and sufficient cause shown;

**IT IS** on this __28__ day of ____April____, 2017,

**ORDERED** that the Arbitration Awards issued by the Honorable Joel A. Pisano on July 18, 2016, September 19, 2016, November 30, December 19, 2016 and January 18, 2017 shall be and are hereby CONFIRMED; and it is further

**ORDERED** that Respondent shall submit remittance reports for the period of 7/1/2016 to 9/30/2016 within ten (10) days of entry of this Order; and it is further

**ORDERED, ADJUDGED, AND DECREED** that Petitioners shall recover from Respondent, Getty Contracting, LLC, the sum of $16,600.80, which represents the total amount

awarded by the Arbitrator, plus the costs of this action in the amount of $400.00, for a total amount of $17,000.80; and it is further

**ORDERED** that a copy of this Order shall be served upon all parties within seven (7) days of the date of entry of this Order.

_____
Judge, United States District Court